IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEANDRE WALLS,

    Defendant.

Case No. 16-3052-01-CR-SW-MDH

### VERDICT FORM

We, the jury, find the defendant, DEANDRE WALLS _not guilty_
(guilty/not guilty)

of the crime of being a felon in possession of a firearm or firearms and/or ammunition as charged in the Indictment.

_[signature]_
FOREPERSON OF THE JURY

DATE: 12-13-17
Springfield, Missouri