UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT OF ACQUITTAL

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| ) | |
| vs. ) | Case No. 16-3052-01-CR-S-MDH |
| ) | |
| ) | |
| DEANDRE WALLS ) | |

    The Defendant was found not guilty on Count 1 of the Indictment filed on May 3, 2016. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 1.

| | |
|---|---|
| December 13, 2017 | s/Douglas Harpool |
| Date | Douglas Harpool |
| | United States District Judge |